AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DOUG LONGHINI, Individually | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| GOOD FRIENDS OF VENEZUELA, INC., a Florida Corporation | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  20-cv-24493-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GOOD FRIENDS OF VENEZUELA, INC.
c/o Luis Dominguez, Registered Agent
14720 SW 25th Ln.
Miami, FL 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel. 305-891-5199

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Nov 2, 2020



**SUMMONS**

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court