UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUG LONGHINI, Individually,

    Plaintiff,

vs.                                                  Case No. 1:20-cv-24493

GOOD FRIENDS OF VENEZUELA,
INC., a Florida Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Doug Longhini, Individually, by and through his undersigned attorneys and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **1st** day of **March. 2021**, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF System, which will automatically send a Notice of Electronic Filing to Attorneys for Defendant, Russell A. Yagel, Esq., RYagel@HLYlaw.com, Hershoff, Lupino & Yagel, LLP, 9350 S. Dixie Highway, Suite 1400, Miami, FL 33156.

                                        Respectfully submitted,

                                        **/s/John P. Fuller**
                                        John P. Fuller, Esq.
                                        Fuller, Fuller & Associates, P.A.
                                        FL Bar No. 0276847
                                        12000 Biscayne Blvd., Suite 502
                                        North Miami, FL 33181
                                        Telephone (305) 891-5199
                                        Facsimile  (305) 893-9505
                                        jpf@fullerfuller.com
                                        *Attorneys for Plaintiff*