UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUG LONGHINI, Individually,

    Plaintiff,

vs.                                          Case No. 1:20-cv-24493

GOOD FRIENDS OF VENEZUELA,
INC., a Florida Corporation,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| **/s/John P. Fuller** | **/s/Russell A. Yagel** |
| John P. Fuller, Esq. | Russell A. Yagel, Esq. |
| FL Bar No. 0276847 | FL Bar No. 727090 |
| Fuller, Fuller & Associates, P.A. | Hershoff, Lupino & Yagel, LLP |
| 12000 Biscayne Blvd., Suite 502 | 9350 S. Dixie Highway, Suite 1400 |
| North Miami, FL 33181 | Miami, FL  33156 |
| Telephone: (305) 891-5199 | Telephone: (305) 852-8440 |
| Facsimile:  (305) 893-9505 | Facsimile:  (305) 852-8848 |
| jpf@fullerfuller.com | RYagel@HLYlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Date: **March 5, 2021** | Date: **March 5, 2021** |